**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

TomTom, Inc.     v.     Michael Adolph

No. 14-1699

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:     Michael Adolph
                                      Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

My address and telephone are:

Name: Clyde E. Findley
Law firm: Cloudigy Law, PLLC
Address: 8300 Greensboro Drive, Suite 1250
City, State and ZIP: McLean, VA 22102
Telephone: 703-436-2033
Fax #: 703-436-2268
E-mail address: clyde.findley@cloudigylaw.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): Mar. 17, 2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes     ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

08/25/2014                          /s/ Clyde E. Findley
Date                                Signature of pro se or counsel

cc: _____

123

## CERTIFICATE OF SERVICE

In accordance with Fed. R. App. P. 25 and Fed. Cir. R. 25, I hereby certify that I have served the foregoing document via the Court's CM/ECF system and via email on counsel of record listed below on this 25th day of August 2014.

| | |
|---|---|
| Antigone Gabriella Peyton<br>  antigone.peyton@cloudigylaw.com<br>Clyde E. Findley<br>  clyde.findley@cloudigylaw.com<br>Jennifer Allen Sands Atkins<br>  jennifer.atkins@cloudigylaw.com<br>**Cloudigy Law PLLC**<br>8300 Greensboro Drive, Suite 1250<br>McLean, VA 22102<br><br>Peter J. Toren<br>  ptoren@wmclaw.com<br>**Weisbrod, Matteis & Copley PLLC**<br>1200 New Hampshire Ave., NW, Suite 600<br>Washington, DC 20036<br><br>***Counsel for Appellant, Michael Adolph*** | Brian Himanshu Pandya<br>  bpandya@wileyrein.com<br>James H. Wallace, Jr.<br>  jwallace@wileyrein.com<br>**Wiley Rein LLP**<br>1776 K St., NW<br>Washington, DC 20006<br><br>***Counsel for Appellee TomTom, Inc.*** |

 

                                          */s/ Clyde E. Findley*
                                          Clyde E. Findley
                                          **Cloudigy Law, PLLC**
                                          8300 Greensboro Drive, Suite 1250
                                          McLean, VA  22102
                                          clyde.findley@cloudigylaw.com